# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2019

158382

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LUJUAN CARL McCANTS,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158382
COA: 331248
Macomb CC: 2015-000941-FC

On order of the Court, the application for leave to appeal the July 17, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2019



Clerk

t1118